IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRANDI GATLIN                                                                    PLAINTIFF

v.                              Civil No. 06-1054

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                         DEFENDANT

## MEMORANDUM AND ORDER

Pending now on this 10th day of October, 2006, is the Defendant's Motion to

Remand filed by the Commissioner of the Social Security Administration (hereinafter

"Commissioner"), on September 25, 2006 (Doc. #8).  To date, no Response has been filed,

and none is anticipated.

In the instant motion, the defendant asserts that remand of this matter is necessary

to enable her to conduct further administrative proceedings (Doc. #8, p. 1).  Specifically, the

motion asserts:

> The Commissioner seeks remand in order that the Administrative Law Judge
> (ALJ) may contact Plaintiff's treating health sources for an updated report, and
> a statement as to what she can still do despite her alleged impairments. If
> necessary, the ALJ will recontact the sources for clarification and/or further
> evidence, per 20 C.F.R. § 416.912(e), and may enlist the assistance of counsel
> in obtaining this information. Unless rendered unnecessary by the evidence,
> the ALJ will obtain a consultative mental status examination, with
> psychological testing and a medical assessment of Plaintiff's ability to perform
> work-related activities. The ALJ will express Plaintiff's residual functional
> capacity in specific terms of what she can or cannot do, citing appropriate
> portions of the record in support of his findings and conclusions.
>
> The ALJ will also give Plaintiff the opportunity for a hearing. The ALJ will
> receive evidence from a vocational expert as to the existence of jobs Plaintiff
> could perform, given her exertional and non-exertional limitations as
> established by the record, as well as her vocational profile.  Any discrepancies
> between this evidence and information contained in the *Dictionary of*

*Occupational Titles* will be identified and resolved, per Social Security Ruling 00-4p.

(Doc. #8, pp. 1-2).

Further, the defendant submits that the Court remand this matter pursuant to sentence four of *42 U.S.C. § 405(g)* (Doc. #8, p. 2).

Sentence four provides:

The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing.

*42 U.S.C. § 405(g)*.

Accordingly, we conclude that the defendant's motion requesting reversal of the decision and remand of this matter for the above stated reasons, is well taken. The Commissioner's decision is reversed and this matter is hereby remanded, pursuant to sentence four, *42 U.S.C. § 405(g)*, for further proceedings, as specifically set forth above and in the Commissioner's motion (Doc. #8).

In addition, the undersigned finds that the plaintiff's Complaint should be and hereby is dismissed without prejudice to the subsequent filing for attorney's fees, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. A separate Judgment shall be entered herein pursuant to *F.R.Civ.P. 58* and *52*.

IT IS SO ORDERED.

/s/ Bobby E. Shepherd
HONORABLE BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

2

AO72A
(Rev. 8/82)