IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRANDI GATLIN                                                                PLAINTIFF

v.                    Civil No. 06-1054

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                      DEFENDANT

## JUDGMENT

Comes now the Court on this 10th day of October, 2006, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the Defendant's Motion to Remand is granted (Doc. #8). The decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g)*.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

/s/ Bobby E. Shepherd
HONORABLE BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)